PATRICK BALDWIN, ESQ. (SBC # 93337)
CHRISTOPHER MADER, ESQ. (SBC # 199605)
BALDWIN LAW GROUP
530 Oak Grove Avenue, Suite 207
Menlo Park, CA 94025530
Phone: (650) 326-8195
cmader@baldwinlawgroup.com
*Attorneys for Plaintiffs*
White Pacific Securities, Inc., Robert T. Angle, and Arthur M. Quintero

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| White Pacific Securities, Inc., Robert T. Angle and Arthur M. Quintero,<br><br>             Plaintiffs,<br><br>v.<br><br>Daniel Gulak,<br><br>             Defendant. | **Case No: 11-CV-03024 MCE-KJN**<br><br>Honorable Morrison C. England<br><br>**STIPULATION AND ORDER TO TRANSFER VENUE PURSUANT TO 28 USC §1404(a)** |

Plaintiffs White Pacific Securities, Inc., Robert T. Angle, and Arthur M. Quintero (collectively, "Plaintiffs") by and through their attorney Christopher Mader, Esq. of the Baldwin Law Group, and Defendant Daniel Gulak ("Defendant"), by and through his attorney Val D. Hornstein, Esq. of The Hornstein Law Offices stipulate and agree as follows:

1.   Plaintiffs filed their Complaint for declaratory and injunctive relief against Defendant on November 14, 2011 in the United States District Court for the Eastern District of California, Sacramento Division;

2.   Defendant has agreed to waive personal service of Summons and the Complaint; and,

STIPULATION AND ORDER TO TRANSFER VENUE

1

3. THE PARTIES HEREBY STIPULATE AND AGREE that this case be transferred to the Northern District of California, San Francisco Division, pursuant to 28 USC §1404(a).

SO STIPULATED:

Date:  December13, 2011				By:_____/S/_____
						Christopher Mader (SBN #199605)
						Baldwin Law Group
						*Attorney for Plaintiffs*


Date:  December13, 2011				By:_____/S/_____
						Val D. Hornstein (SBN #133762)
						Hornstein Law Offices
						*Attorney for Defendant*


PURSUANT TO STIPULATION, IT IS SO ORDERED. The Clerk shall transfer the case file to the Northern District of California, San Francisco Division.  All other pending motions are therefore MOOT.

Dated:  December 14, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO TRANSFER VENUE