UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| White Pacific Securities, Inc., Robert T. Angle and Arthur M. Quintero,<br><br>　　　　　Plaintiffs,<br>v.<br><br>Daniel Gulak,<br><br>　　　　　Defendant. | Case No: 3:11-cv-06344-EDL<br><br>Honorable Elizabeth Laporte<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO SET BRIEFING SCHEDULE<br>AND HEARING DATE<br>　AS MODIFIED |

Plaintiffs White Pacific Securities, Inc., Robert T. Angle and Arthur M. Quintero (collectively, "Plaintiffs") and Defendant Daniel Gulak ("Defendant") by and through their undersigned counsel, HEREBY STIPULATE AND AGREE that:

1. Defendant's Opposition, if any, to Plaintiffs' December 15, 2011 Motion for a Temporary Restraining Order ("TRO") must be filed by January 9, 2012.

2. Plaintiffs' Motion for TRO will be heard by this Court in Courtroom E, on January 10, 2012, at 9:00 a.m./~~p.m.~~.

3. In the event this Court issues an Order compelling Plaintiffs to arbitrate the claims alleged in Defendant's Financial Industry Regulatory Authority Arbitration Case No.: 11-03381 (the "FINRA Arbitration"), Plaintiffs shall have fifteen (15) calendar days from the date of such Order within which to: (1) fully participate, as contemplated by the FINRA Arbitration Rules, in the FINRA arbitrator selection process; and, (2) respond to Defendants' previously propounded discovery requests, and all other discovery obligations, in the FINRA Arbitration. Until such time (*i.e.*, fifteen days after any order compelling Plaintiffs to arbitration), Plaintiffs shall not be deemed to

STIPULATION AND [PROPOSED] ORDER

1



have waived any objections to the selection of arbitrators, nor deemed to have waived any objections to any discovery requests or obligations in the FINRA Arbitration, by not participating in the arbitrator selection and the discovery processes.

SO STIPULATED:

Date: December 16, 2011

By: \_\_\_\_/s/ *Christopher Mader*\_\_\_\_
Christopher Mader (SBN #199605)
Baldwin Law Group
*Attorney for Plaintiffs*

Date: December 16, 2011

By: _____
Val D. Hornstein (SBN #133762)
Hornstein Law Offices
*Attorney for Defendant*

IT IS SO ORDERED. Defendant's opposition to Plaintiff's motion shall be filed no later than January 4, 2012.

DATED: December 19, 2011

By: \_\_\_\_*Elizabeth D. Laporte*\_\_\_\_
The Honorable Elizabeth Laporte
U.S. District Court Magistrate Judge
Northern District of California

STIPULATION AND [PROPOSED] ORDER